United States District Court
Southern District of Texas
**ENTERED**
March 09, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| SCOTT BAIN, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 2:19-CV-00332 |
| § | |
| HATTERAS/CABO YACHTS, LLC, *et al*, § | |
| § | |
| Defendants. § | |

**FINAL JUDGMENT**

Pursuant to the parties' Joint Stipulation of Dismissal with Prejudice (D.E. 33), the Court enters final judgment dismissing this action with prejudice.

ORDERED this 8th day of March, 2021.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE